FILED

07/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0668

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0668

_____

STATE OF MONTANA,

 Plaintiff and Appellee,

v.              O R D E R

NICHOLAS WELLS,

 Defendant and Appellant.

_____

 Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

 The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable David J. Grubich, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 24 2024